UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Case No. 1:16-CR-53 |
| HAMZA KOLSUZ, | ) | |
| | ) | |
| Defendant. | ) | |

## EXHIBIT LIST FOR THE UNITED STATES

The United States of America, by and through its attorneys, Dana J. Boente, United States Attorney for the Eastern District of Virginia; Heather N. Alpino, Special Assistant United States Attorney; and Dennis M. Fitzpatrick, Assistant United States Attorney, hereby submits its exhibit list.

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| | |
| **DEFENSE ARTICLES FOUND IN THE DEFENDANT'S CHECKED LUGGAGE ON FEBRUARY 2, 2016** ||
| | |
| 1 | Samsonite suitcase |
| 2 | Nautica suitcase |
| 3 | Evidence bag containing four (4) 9mm Glock 31 round magazines |
| 4 | Evidence bag containing four (4) 9mm Glock 17 round magazines |
| 5 | Evidence bag containing four (4) 9mm Glock 15 round magazines |
| 6 | Evidence bag containing one (1) Smith & Wesson 17 round magazine |
| 7 | Evidence bag containing eight (8) 9mm Glock 10 round magazines |
| 8 | Evidence bag containing four (4) .45 caliber Glock 13 round magazines |
| 9 | Evidence bag containing one (1) 9mm Smith & Wesson 32 round magazine |
| 10 | Evidence bag containing one (1) 9mm handgun barrel |
| 11 | Evidence bag containing four (4) 9mm Sig Sauer handgun barrels |
| 12 | Evidence bag containing one (1) 9mm threaded Sig Sauer handgun barrel |
| 13 | Evidence bag containing one (1) 9mm threaded Glock 26 barrel |

| | |
|---|---|
| 14 | Evidence bag containing one (1) .45 caliber threaded Glock 21 barrel |
| 15 | Evidence bag containing five (5) 9mm threaded Glock 19 barrels |
| 16 | Evidence bag containing five (5) 9mm threaded Glock 17 barrels |
| 17 | Evidence bag containing one (1) .22 caliber Glock caliber conversion kit |
| 18 | Evidence bag containing one (1) .357 caliber Glock 15 round magazine |
| 19 | iPhone 6 Model #A1524 |
| | |
| **STIPULATIONS** | |
| | |
| 20 | Joint Stipulation No. 1 |
| 21 | Joint Stipulation No. 2 |
| 22 | Joint Stipulation No. 3 |
| | |
| **PHOTOGRAPHS** | |
| | |
| 23 | Photograph of firearms parts found in Kolsuz's checked luggage from the December 2, 2012 stop at John F. Kennedy International Airport |
| 24 | Photograph of firearms parts found in Kolsuz's checked luggage from the December 2, 2012 stop at John F. Kennedy International Airport |
| 25 | Photograph of firearms parts found in Kolsuz's checked luggage from the December 2, 2012 stop at John F. Kennedy International Airport |
| 26 | Photograph of Saffet "Rocco" Bulut's suitcase from the March 15, 2014 stop at Newark International Airport |
| 27 | Photograph of firearms parts found in Saffet "Rocco" Bulut's checked luggage during the March 15, 2014 stop at Newark International Airport |
| 28 | Photograph of Bayram Bulut, Rocco Bulut, and Kolsuz at gun store in Suffolk County, New York on December 14, 2014 |
| 29 | Photograph of Bayram Bulut, Rocco Bulut, and Kolsuz at gun store in Suffolk County, New York on December 14, 2014 |
| 30 | Photograph of Kolsuz initialed by Piroska Torok, owner and operator of the Hialeah Range & Gun Shop in Hialeah, Florida |
| 31 | Photograph of Bayram Bulut initialed by Piroska Torok, owner and operator of the Hialeah Range & Gun Shop in Hialeah, Florida |
| | |
| **KIK AND iCHAT MESSAGES AND TRANSLATIONS** | |
| | |
| 32 | Kik conversations between Hamza Kolsuz and Bayram Bulut extracted from Kolsuz's iPhone 6 Model #A1524 |
| 33 | Compilation of translations of particular Kik conversations between Hamza Kolsuz and Bayram Bulut extracted from Kolsuz's iPhone 6 Model #A1524 |
| 34 | iChat conversations between Hamza Kolsuz and Bayram Bulut extracted from Hamza Kolsuz's iPhone 6 Model #A1524 |
| 35 | Compilation of translations of particular iChat conversations between Hamza Kolsuz and Bayram Bulut extracted from Hamza Kolsuz's iPhone |

|  | 6 Model #A1524 |
|---|---|
|  |  |
| **CHARTS** ||
| 36 | List of firearms parts detained from Hamza Kolsuz, Bayram Bulut, and/or Saffet "Rocco" Bulut on December 2, 2012; January 8, 2013; March 15, 2014; and February 2, 2016 |

Respectfully submitted,

Dana J. Boente
United States Attorney

By: /s/
Heather Alpino
Special Assistant United States Attorney
Eastern District of Virginia
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3936
Heather.Alpino2@usdoj.gov

Dennis Fitzpatrick
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3954
Dennis.Fitzpatrick@usdoj.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2016, I filed the foregoing with the Clerk of Court using the CM/ECF system.

By: /s/
Heather Alpino
Special Assistant United States Attorney
Eastern District of Virginia
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3936
Heather.Alpino2@usdoj.gov